UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CITRUS PARK VENTURE, LP,**

    **Plaintiff,**

v.                                               Case No.  8:05-cv-2325-T-30EAJ

**RETAIL BRAND ALLIANCE, INC. f/k/a
Casual Corner Group, Inc.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal Without Prejudice (Dkt. #8).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #8) is GRANTED.

2. This cause is dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

DONE and ORDERED in Tampa, Florida on March 16, 2006.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2325.dismissal.wpd